UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-cv-21435

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 09-21435

E. Jennifer Newman

Plaintiff(s)

v.

Gregg J Ormond PA

Defendant(s)

FILED by AJS D.C.
JUL - 1 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

Notice of Compliance
(TITLE OF DOCUMENT)

I, E. Jennifer Newman, plaintiff or defendant, in the above styled cause, am filing this to certify my full compliance with Judge Cooke's order. Mr. Ormond's firm was served by the Marshal within the time allotted, along with the attached order.

(Rev. 10/2002) General Document

**Certificate of Service**

I __E Jennifer Newman__, certify that on this date __1 July, 2009__ a true copy of the foregoing document was mailed to: __Gregg J Ormond__
name(s) and address(es)

By: __E Jennifer Newman__
Printed or typed name of Filer

__Jennifer Newman__
Signature of Filer

Florida Bar Number

__jennifer121@gmail.com__
E-mail address

__305-321-6911__
Phone Number

Facsimile Number

__600 NW 11th Ave, #6__
Street Address

__Chiefland, FL 32626__
City, State, Zip Code

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-21435-CIV-COOKE/BANDSTRA

E. JENNIFER NEWMAN,

    *Plaintiff,*

v.

GREGG J. ORMOND, P.A.,

    *Defendant.*
_____/

## ORDER OF COURT-MANDATED REQUIREMENTS IN FDCPA-BASED CASES

**THIS CAUSE** is before the Court upon the filing of an action under the Federal Fair Debt Collection Practices Act (FDCPA) by which the Plaintiff claims injury from abusive, deceptive, or unfair collections or credit practices. To assist the Court in managing the case, the Plaintiff is **ORDERED** to file, *within twenty days of the date of this Order*, a statement of claim, no more than three double-spaced pages in length, summarizing the conduct complained of, relief requested, and reasons therefor. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, and copies of all documents supporting the claim (*e.g.* records, sworn affidavits) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendant, *within fifteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, also limited to three double-spaced pages in length, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant shall file a notice of full compliance with this Order.

The Parties are hereby advised that this case will be on the Court's FDCPA fast-track

calendar pursuant to which trial shall be set 5 (five) months after the Plaintiff files the required statement of claim. Furthermore, barring the most extreme of compelling circumstances, *the Court will not grant any motions for a continuance and/or extensions of time.*

*Failure to comply with this Order may result in default, dismissal, and/or sanctions.*

**DONE AND ORDERED** in Chambers, Miami, Florida, this 8th day of June 2009.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*Counsel of Record*