UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

E. JENNIFER NEWMAN,

    Plaintiff,

vs.                                                CASE NO.  09-21435

GREGG J. ORMOND, P.A.,            CIV - COOKE - BANDSTRA

    Defendant.
_____/

**CORRECTED
NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** of the appearance of Gregg J. Ormond, Esquire as counsel for the Defendant, GREGG J. ORMOND, P.A.

    **I HEREBY CERTIFY** that on this  6th  day of  July 2009 , the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day upon Ms. E. Jennifer Newman, 600 Northwest 11th Avenue, #6, Chiefland, Florida  32626, by First Class U.S. Mail.

                                            Respectfully submitted,

                          By:       "/s Gregg J. Ormond"
                                    Gregg J. Ormond, Esquire
                                    Attorney for Def., Gregg J. Ormond, P.A.
                                    Florida Bar No. 301833
                                    330 Alhambra Circle, Second Floor
                                    Coral Gables, Florida 33134-5004
                                    (305) 446-5500 telephone
                                    (305) 443-4307 facsimile
                                    gjo@ormondlaw.com